AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| | |
|---|---|
| CECILY LOTIA PROVO | Case No.    2:07cr155-01-MHT |
| | (WO) |
| | USM No.    12254-002 |
| | Russell T. Duraski |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted guilt to violation of condition(s)    _1-4 of the amended petition_    filed 5/20/13 of the term of supervision.

☐    was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant committed another federal, state or local crime. | 5/17/2013 |
| 2 | The defendant failed to report to the probation officer and submit a truthful and complete written report within the first five days of each month. | 5/17/2013 |
| 3 | The defendant unlawfully possessed a controlled substance. | 5/17/2013 |
| 4 | The defendant failed to comply with the rules at the Residential Re-Entry Center maintained or under contract to the FBOP for the 6 mos. term. | 5/17/2013 |

The defendant is sentenced as provided in pages 1 through    2    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: 9027 | June 3, 2013 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1978 | |
| | /s/ signature |
| | Signature of Judge |
| City and State of Defendant's Residence: | |
| Montgomery, Alabama | MYRON H. THOMPSON, U.S. DISTRICT JUDGE |
| | Name and Title of Judge |
| | June 7, 2013 |
| | Date |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | CECILY LOTIA PROVO |
| CASE NUMBER: | 2:07cr155-01-MHT |

Judgment — Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

18 Months. The term of supervised release imposed on February 21, 2008, is REVOKED.

☐  The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

  ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .

  ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐  before 2 p.m. on _____ .

  ☐  as notified by the United States Marshal.

  ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

  Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL